SHB
AO 91 (Rev. 11/11) Criminal Complaint                                                                                                     2020R00

# UNITED STATES DISTRICT COURT
for the
District of Minnesota

UNITED STATES OF AMERICA

v.                                                                    Case No.   20-mj-520 KMM

DEMARLO MARCELLE WEST,

## CRIMINAL COMPLAINT

I, the undersigned Complainant, being duly sworn, state the following is true and correct to the best of my knowledge and belief.

On or about July 14, 2020, in Hennepin County, in the State and District of Minnesota, defendant DEMARLO MARCELLE WEST, possessed a firearm, specifically, a Sturm/Ruger 9mm caliber semi-automatic handgun, with an obliterated serial number after knowing he had been convicted of a crime punishable by imprisonment for a term exceeding one year in 2016, in Hennepin County, Minnesota, that is, First Degree Possession of a Controlled Substance, in violation of Title 18, United States Code, Sections 922(g)(1).

I further state that I am a Task Force Officer with the Federal Bureau of Investigation (FBI), and that this Complaint is based on the following facts:

SEE ATTACHED AFFIDAVIT

Continued on the attached sheet and made a part hereof:    ☒ Yes    ☐ No

_____
Complainant's signature

Jeffrey Waite, Task Force Officer, FBI
_____
Printed name and title

Sworn to before me and signed in my presence.

Date:   July 16, 2020

City and State: Minneapolis, MN

_____
Judge's Signature
Katherine M. Menendez
United States Magistrate Judge
_____
Printed Name and Title